UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
   Plaintiff,

v.

Gold Coast Power, Inc., John Rubano a/k/a Joseph J. Rubano, Jr., Gloria Rubano, Joseph J. Rubano as Trustee of the Joseph J. Rubano Revocable Trust dated January 24, 2017, and Wells Fargo Bank, N.A.,
   Defendants.

COMPLAINT

COMPLAINT

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned Special Assistant United States Attorney, files this Complaint to Foreclose a Mortgage and alleges:

1. This is an action brought by the UNITED STATES OF AMERICA on behalf of its Agency, the United States Small Business Administration ("SBA").

2. This Court has jurisdiction pursuant to Title 28 United States Code, Section 1345.

3. This is an action to foreclose a mortgage on real estate located in Broward County, Florida.

1

4. On March 1, 2006, defendants Gold Coast Power Inc. and John Rubano, a/k/a Joseph J. Rubano, Jr. executed Promissory Note 9641004007 in the principal amount of $93,800.00, made payable to SBA. I have attached a copy of this Promissory Note as Exhibit "A".

5. In order to secure payment of Promissory Note 9641004007, defendant Gloria Rubano on March 1, 2006 executed an unconditional limited guarantee of that Note. The guarantee was limited to her interest in collateral located at 409 Isle of Capri, Ft. Lauderdale, FL 33301. I have attached a copy of this limited guarantee as Exhibit "B".

6. In order to further secure payment of Promissory Note 9641004007, defendants John Rubano a/k/a Joseph J. Rubano, Jr. and Gloria Rubano on March 1, 2006, executed and delivered to SBA a certain real estate Mortgage recorded on April 17, 2006 in Official Records Book 41830, Page 1516 of the Public Records of Broward County, Florida, covering the following described property:

> The South 55 feet of Lot 5 and the North 52.1 feet of Lot 6 in Block "B" of Resubdivision in Blocks 3 and 4 of Venice, according to the Plat thereof, as recorded in Plat Book 35, Page 18, of the Public Records of Broward County, Florida.

also known as 409 Isle Of Capri, Fort Lauderdale, FL 33301 ("the property"). I have attached a copy of this Mortgage as Exhibit "C".

7. On May 22, 2006, defendants Gloria Rubano and John Rubano, a/k/a Joseph J. Rubano, Jr. executed Promissory Note

2059266010 in the principal amount of $86,000.00, made payable to SBA. I have attached a copy of this Promissory Note as Exhibit "D".

8.  In order to secure payment of Promissory Note 2059266010, defendants John Rubano a/k/a Joseph J. Rubano, Jr. and Gloria Rubano on November 9, 2006, executed and delivered to SBA a certain real estate Mortgage recorded on February 6, 2007 in Official Records Book 43558, Page 1604 of the Public Records of Broward County, Florida, covering the following described property:

> The South 55 feet of Lot 5 and the North 52.1 feet of Lot 6 in Block "B" of Resubdivision in Blocks 3 and 4 of Venice, according to the Plat thereof, as recorded in Plat Book 35, Page 18, of the Public Records of Broward County, Florida.

also known as 409 Isle Of Capri, Fort Lauderdale, FL 33301 ("the property"). I have attached a copy of this Mortgage as Exhibit "E".

9. On January 24, 2017, defendants John Rubano a/k/a Joseph J. Rubano and Gloria Rubano transferred the property to Joseph J. Rubano, Jr. as Trustee of the Joseph J. Rubano, Jr. Revocable Trust dated January 24, 2017 by Special Warranty Deed, recorded on February 10, 2017 as Instrument # 114202205 in the Public Records of Broward County, Florida. I have attached a copy of this Special Warranty Deed as Exhibit "F".

3

10. Both Promissory Notes are in default and although due demand has been made upon the defendants for payment of the same, they have failed, neglected and refused to make payments.

11. UNITED STATES OF AMERICA has elected and does hereby elect to declare the entire amount due upon the said Promissory Notes.

12. There is presently due and owing the plaintiff on Promissory Note 9641004007 the principal sum of $9,774.42, interest accrued through October 1, 2019 in the sum of $992.65 and interest accruing thereafter at a daily rate of $1.07.

13. There is presently due and owing the plaintiff on Promissory Note 2059266010 the principal sum of $34,942.31, interest accrued through October 1, 2019 in the sum of $4,015.47 and interest accruing thereafter at a daily rate of $5.07.

14. There is presently due and owing the plaintiff on both Promissory Notes combined the principal sum of $44,716.73, interest accrued through October 1, 2019 in the sum of $5,008.12 and interest accruing thereafter at a daily rate of $6.14.

15. It has been necessary for the plaintiff to procure an appraisal and a search of the title of the mortgaged property and plaintiff may have to advance money for payment of taxes and insurance on said property,

which expenses plaintiff is entitled to recover under the terms of the mortgage and the payment of which is secured by the lien of this mortgage.

16. Plaintiff is the real party in interest and is the holder and owner of the Note and Mortgage herein described.

17. Defendants Gold Coast Power, Inc. and John Rubano a/k/a/ Joseph J. Rubano, Jr. are the debtors on Promissory Note 9641004007.

18. Defendants John Rubano a/k/a Joseph Rubano and Gloria Rubano are the debtors on Promissory Note 2059266010.

19. Defendant Joseph J. Rubano as Trustee of the Joseph J. Rubano Revocable Trust dated January 24, 2017 owns the property.

20. Defendant Wells Fargo Bank, N.A. may have a claim for the property by virtue of a Judgment recorded as instrument 114679611 in the Public Records of Broward County on October 24, 2017, but such interest, if it exists, is junior and inferior to the interests of the plaintiff.

21. The mortgage of the plaintiff is a lien superior to any right, title, claim, lien or interest the defendants.

WHEREFORE, UNITED STATES OF AMERICA demands judgment against defendants Gold Coast Power, Inc. and John Rubano a/k/a Joseph J. Rubano, Jr., individually, in the amount of the sum due to Plaintiff, including principal, interest and costs, under Note 9641004007, and judgment against defendants John J. Rubano a/k/a Joseph J.

Rubano, Jr., and Gloria Rubano, individually, in the amount of the sum due to plaintiff, including principal, interest and costs, under Note 2059266010, and judgment against defendant Joseph J. Rubano as Trustee of the Joseph J. Rubano Revocable Trust dated January 24, 2017, *in rem,* and if the sum is not paid within the time set by this Court, that the subject property be sold under the direction of the Court to satisfy Plaintiff's claims. Furthermore, Plaintiff prays that this honorable Court grant it all other relief which the Court may deem just and proper.

> ARIANA FAJARDO ORSHAN
> UNITED STATES ATTORNEY
> /s/ T.C. Treanor
> Timothy C. Treanor
> Special Assistant U.S. Attorney
> Timothy.treanor@sba.gov
> Court ID A5501156
> U.S. Small Business Administration
> Suite 7500
> 409 3rd Street SW
> Washington, DC 20416
> Telephone 202.619.1029
> Facsimile 202.481.5875